IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**WANDA FAYE THOMPSON**                                             **PLAINTIFF**

v.                   **CASE NO. 4:21-CV-01133-BSM**

**CONAGRA BRANDS, INC.**                                               **DEFENDANT**

## JUDGMENT

Consistent with the order entered on this day, this case is dismissed with prejudice.

IT IS SO ORDERED this 16th day of January, 2025.

_____
UNITED STATES DISTRICT JUDGE